# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ANTHONY MITCHELL,**

      **Plaintiff,**

v.                                                 **Case No: 6:22-cv-219-PGB-DCI**

**WASTE PRO OF FLORIDA, INC.,**

      **Defendant.**

_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion for Fair Labor Standards Act Settlement Approval filed September 16, 2022. (Doc. 38 (the "**Motion**")). The Motion includes as an exhibit the parties' agreed upon settlement terms. (Doc. 38-1 (the "**Agreement**")). The Honorable Magistrate Judge Daniel C. Irick submitted a Report recommending that the Motion be granted. (Doc. 39). The Court notes that no objections have been timely filed.

Accordingly, after an independent *de novo* review of the record in this matter, and noting that no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 23, 2022 (Doc. 39), is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The parties' Motion (Doc. 38) is **GRANTED**;

3. The Court **FINDS** that the parties' Agreement (Doc. 38-1) is a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act;

4. The Court **FINDS** that any motion for attorney fees and costs is unnecessary if the parties reach an agreement on that issue;

5. The case is **DISMISSED WITH PREJUDICE**; and

6. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 11, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties